UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STACY R. BROKAW,

       Plaintiff,                        Case No. 2:15-cv-13914
                                                District Judge David M. Lawson
v.                                             Magistrate Judge Anthony P. Patti

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## **ORDER RESETTING SHOW CAUSE HEARING (DE 17)**

**Please read this order carefully as it contains details about the rescheduled show cause hearing.**

On March 6, 2017, the Court ordered Plaintiff's counsel to appear for a show cause hearing, to be held on March 13, 2017 at 10:00 A.M. (DE 20.) The order specified that Plaintiff's counsel was to appear "at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 624, Detroit, Michigan," while "Defendant's counsel may appear at the hearing by telephone . . . ." (DE 20 at 1.) At the time scheduled for the hearing, Plaintiff's counsel called my chambers, attempting to appear by telephone due to a misreading of my previous order.

Accordingly, the show cause hearing is **RESCHEDULED to MONDAY, MARCH 20, 2017 at 3:00 P.M.**  Plaintiff's counsel is ordered to attend the hearing **IN PERSON** and <u>should be prepared to show cause as to why the undersigned should not recommend dismissal of this action for Counsel's repeated failure to read orders and comply with deadlines, including the deadline for filing his brief on the merits</u>.

Once again, **ONLY DEFENDANT** may appear at the hearing by telephone by calling 313-234-5200.  Defendant need not file a response to Plaintiff's motion or a summary judgment motion of its own at this time, as a scheduling order will be discussed at the hearing, if or as necessary.

**IT IS SO ORDERED.**


Dated: March 15, 2017         s/Anthony P. Patti
                              Anthony P. Patti
                              UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on March 15, 2017, electronically and/or by U.S. Mail.

                              s/Michael Williams
                              Case Manager for the
                              Honorable Anthony P. Patti

2